# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT NICHOLSON, JR.,** | : | CIVIL ACTION NO. 1:18-CV-415 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **PETCO ANIMAL SUPPLIES STORES, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 6th day of September, 2019, upon consideration of the motion (Doc. 22) for summary judgment pursuant to Federal Rule of Civil Procedure 56 filed by defendant Petco Animal Supplies Stores, Inc. ("Petco"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Petco's motion is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania